**Electronically Filed**
**Supreme Court**
**SCWC-15-0000572**
**31-MAY-2017**
**09:12 AM**

SCWC-15-0000572

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOEL LONZAGA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000572; CR. NO. 14-1-0833)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Joel Lonzaga's application for writ of certiorari filed on April 23, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 31, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson